365

**No. 68596.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 60/27658, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of lawn sprinklers similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 68597.**—Empire Findings Co., Inc. *v.* United States, protest 60/17112 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 3, 1964

**No. 68598.**—California Radio & Electricity Co. *v.* United States, protest 62/19807 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.